**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** 1:05-M-115M **DATE:** September 16, 2005

**TITLE OF CASE:** USA v Venancio Carrasquillo

---

**MAGISTRATE JUDGE: DAVID L. MARTIN**

**COURTROOM CLERK: Martha Saucier**

**COURT INTERPRETER:**

**PROBATION: Charleen Tryhubczak**

---

**TIME OF HEARING: 3:47 P.M.**

**COUNSEL PRESENT USA: Stephen Dambruch**

**Defendant: Kevin Fitzgerald**

---

**PROCEEDINGS: Initial Appearance**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of charges. Court informs defendant of his rights. Court questions defendant. Defendant waives preliminary examination. The Court accepts the waiver. The government requests detention. The defendant waives argument. The Court orders defendant detained pending further proceedings.**