**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 05 132 ML |
| | ) | |
| | ) | |
| | ) | **Cr. No. ________** |
| **vs.** | ) | **In violation of: 21 U.S.C.** |
| | ) | **§§ 841(a)(1) and (b)(1)(B)** |
| | ) | |
| | ) | |
| **VENANCIO CARRASQUILLO** | ) | |

**INFORMATION**

The United States Attorney charges that:

COUNT I

On or about May 22, 2005, in the District of Rhode Island, the defendant, VENANCIO CARRASQUILLO, did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

COUNT II

On or about September 15, 2005, in the District of Rhode Island, the defendant, VENANCIO CARRASQUILLO, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of

cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
ASSISTANT U.S. ATTORNEY

MARY E. ROGERS
ASSISTANT U.S. ATTORNEY
CHIEF, OCDETF UNIT

Dated: 12/1/05